# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D18-4019
_____

MARK S. INCH, Secretary,
Florida Department of
Corrections,

    Appellant,

    v.

QUINCY WILLIAMS,

    Appellee.

_____

On appeal from the Circuit Court for Leon County.
Karen Gievers, Judge.

October 30, 2019

PER CURIAM.

    AFFIRMED.

WOLF, KELSEY, and WINOKUR, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Ashley Moody, Attorney General, and Kristen J. Lonergan, Assistant Attorney General, Tallahassee, for Appellant.

Quincy Williams, pro se, Appellee.